# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**ORLANDO COMMUNICATIONS LLC,**

       **Plaintiff,**

**v.**                                   **Case No:  6:14-cv-1017-Orl-22KRS**

**LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC. and CELLCO PARTNERSHIP,**

       **Defendants.**

| JUDGE: | Anne C. Conway<br>U.S. District Judge | DATE: | February 19, 2015<br>9:01am-9:52am |
|---|---|---|---|
| DEPUTY CLERK: | Sara Riddle | COURT REPORTER: | Sandy Tremel |
| COUNSEL FOR PLTF: | Daniel McGonagle, James J. Foster, and Suzanne Barto Hill | COUNSEL FOR DEFT: | Asim Bhansali, Reese Nguyen, and Jonathan Retsky |

## MOTIONS TO DISMISS HEARING

9:03- Atty Bhansali presented argument on behalf of Defense.

9:26- Atty Foster responded on behalf of Plaintiff.

9:45- Atty Bhansali replied on behalf of Defense.

9:50- Atty Foster rebuttal on behalf of Plaintiff. Court inquired with Plaintiff.

9:52- Court adjourned.  Written Order forthcoming.