# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORLANDO COMMUNICATIONS LLC,**

      **Plaintiff,**

**v.**                                                                                                  **Case No:   6:14-cv-1017-Orl-22KRS**

**LG ELECTRONICS, INC.,**
**LG ELECTRONICS U.S.A., Inc., and**
**VERIZON WIRELESS, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on Defendants' Motion for Determination of Entitlement to Attorneys' Fees (Doc. No. 147) filed on April 29, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed July 22, 2015 (Doc. No. 186), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendants' Motion for Determination of Entitlement to Attorneys' Fees (Doc. No. 147) is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on August 6, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record